**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00746-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALFONSO PADILLA, and
JONATHAN R. GONZALEZ,

    Applicants,

v.

JOHN HICKENLOOPER,
CYNTHIA H. COFFMAN,
KARL KRAMER,
JOSPEH BRADY,
DEAN GOZALES,

    Respondents.

---

**ORDER DIRECTING APPLICANTS TO CURE DEFICIENCIES**

---

On March 31, 2016, Applicants submitted an Application for a Writ of Habeas Corpus Pursuant to U.S.C. § 2241. (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Applicants will be directed to cure the following if they wish to pursue any claims in this Court in this action.  Any papers that Applicants file in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    _X_    is not submitted (both Applicants must submit their own § 1915 motion)
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing

1

(4)  X   is missing certificate showing current balance in prison account (each Applicant must submit their own certified account statement)
(5)  __   is missing required financial information
(6)  __   is missing authorization to calculate and disburse filing fee payments
(7)  __   is missing an original signature by the prisoner
(8)  __   is not on proper form
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) X   other: In the alternative, they may pay the $5 filing fee.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that Applicants cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicants file in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicants shall obtain the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicants fail to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

3

DATED April 7, 2016, at Denver, Colorado.

                                        BY THE COURT:

                                        <u>s/Gordon P. Gallagher</u>
                                        United States Magistrate Judge